**Reversed and Remanded and Opinion Filed March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01035-CV

### EAGLE I, JAMES P. GRAHAM AND ANIMAL HOUSE, Appellants
### V.
### DAVID POTTER, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-00570

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is a February 20, 2015, agreed motion for reversal and remand pursuant to settlement. In the motion, the parties request that we reverse the summary judgment and remand this case for dismissal of all claims with prejudice. We grant the motion, reverse the trial court's July 3, 2014, final summary judgment, and remand this case for the trial court to dismiss all claims pursuant to the parties' agreement. TEX. R. APP. P. 42.1(a)(2)(A).

141035F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EAGLE I, JAMES P. GRAHAM AND ANIMAL HOUSE, Appellants

No. 05-14-01035-CV       V.

DAVID POTTER, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-00570.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **REVERSED** and this cause is **REMANDED** to the trial court for further proceedings consistent with this opinion.

Subject to the agreement of the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered March 11, 2015.